# Court of Appeals
# of the State of Georgia

ATLANTA,   December 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0379.  SOX v. THE STATE.**

This appeal was docketed in this Court on October 8, 2014.  Appellant's brief was due to be filed within 20 days of docketing.  Court of Appeals Rule 23.  On December 3, 2014, Appellant was ordered to file a brief in this case within ten (10) days or subject the appeal to dismissal.

As of the date of this order, Appellant has failed to file a brief, and no motion for extension for good cause has been filed.

Consequently, Appellee's Motion to Dismiss this appeal is hereby GRANTED. Court of Appeals Rules 7, 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*